# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
NOVEMBER 20, 2025
CHIEF DISTRICT JUDGE SHELLY D. DICK

**UNITED STATES OF AMERICA**

**VERSUS**

**JAVIER BROWN**

**CRIMINAL ACTION**

**NO. 25-104-SDD-EWD**

This matter came on this day for *Re-Arraignment*.

PRESENT:     **Eli Joseph Abad, Esq.**
Counsel for the Government

**Brent M. Stockstill, Esq.**
Counsel for Defendant

Courtroom Deputy calls the case.

Counsel make appearances.

Defendant is sworn and questioned by the Court.

Court explains the charges in the *Indictment* and consequences for pleading guilty.

Factual Basis is read into the record, and Defendant stipulates to the facts as read.

Court explains Sentencing.

The Defendant enters a plea of guilty to Count One of the *Indictment,* and the Court finds the plea to be knowing, voluntary, and intelligent and finds a factual basis for the plea and conviction.   The Court also finds that the Defendant is satisfied with his representation and that he has received effective assistance of counsel.

Defendant is remanded to the custody of the United States Marshal.

\* \* \* \* \*

Shannon Thompson/Reporter
cr9/30 mins.