MD-6A (Revised 09/25)

# United States District Court
## for the
## Middle District of Louisiana

### Notice of Presentence Report Disclosure

**United States of America**                                    **Docket No. 5-104-SDD-EWD-1**

**vs.**

**Javier Brown**

Take notice that an encrypted email containing the presentence report will be sent to the parties email addresses of record on or before **4:00 p.m. on June 3, 2026.** Objections to the presentence report must be communicated in writing electronically to the probation officer at brian_smith@lamd.uscourts.gov no later than **4:00 p.m. on June 18, 2026.**

Forms MD-2 & 2a (Objections to the Presentence Report), required for this purpose, are available for download at https://www.lamp.uscourts.gov/forms-0. Pursuant to Local Criminal Rule 32, the presentence report shall be deemed to have been disclosed one day after a copy of the report is provided electronically.

A revised presentence report, if necessary, and/or the addendum to the presentence report will be submitted in the same manner at least seven days prior to sentencing. Any supplemental addendums to the presentence report will be provided immediately upon its completion.

(Pursuant to General Order No. 2015-02, sentencing memoranda are no longer submitted to the U.S. Probation Office for filing, but should be filed by counsel, under SEAL, with counsel providing copies to the U.S. Probation Office and opposing counsel, at least fourteen days prior to the sentencing date.)

Note: Attorneys are responsible for providing their client with a copy of the presentence report prior to the final date for submitting objections to the presentence report. Objections may NOT be submitted by the Court's CM/ECF system.

Respectfully,

Robert K. Sibille, Jr.
Chief U.S. Probation Officer

_____
Brian J. Smith
U.S. Probation Officer Specialist
June 3, 2026